**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEVEN BOOTH, et al.,** | |
| Plaintiffs, | CV F 07 0486 AWI WMW P |
| vs. | ORDER RE MOTION (DOC 11 ) |
| **UNITED STATES OF AMERICA,** | |
| Defendants. | |

On June 19, 2007, Defendant filed a motion to strike the second and third amended complaints. The motion is set for hearing before Judge Ishii on July 23, 2007, at 1:30 p.m. On June 22, 2007, Plaintiffs filed a document titled as a motion to strike Defendants' answer to Plaintiff's first amended complaint. Plaintiffs set their motion for hearing before the undersigned at 1:30 p.m. on July 26, 2007.

A review of Plaintiffs' motion indicates that the document appears to be an opposition to Defendant's motion to strike the second and third amended complaints. In this document, Plaintiffs seek an order striking the answer to the first amended complaint. Plaintiffs argue that the answer is "non-responsive to Plaintiff's third amended complaint." Plaintiffs offer no legal basis upon which the Court should strike the

1 answer.  To the extent that Plaintiffs seek an order striking the answer,
2 that motion is denied.
3      Accordingly, IT IS HEREBY ORDERED THAT:
4      1.  The motion to strike Defendant's answer is denied.
5      2.  The motion filed by Plaintiffs on June 22, 2007, and set
6 before the undersigned is taken off calendar.  The motion to strike set
7 before Judge Ishii remains on calendar for hearing on July 23, 2007, at 1:30
8 p.m.

11 IT IS SO ORDERED.

12 Dated:  **July 10, 2007**            /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE

2