**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN BOOTH and <br> LOUISE Q. BOOTH, <br><br>               **Plaintiffs**, <br>     v. <br><br> UNITED STATES, <br><br>               **Defendant**. <br> _____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1: 07-CV-0486 AWI NEW (WMW) <br><br> **ORDER VACATING HEARING DATE OF JULY 23, 2007, AND TAKING MATTER UNDER SUBMISSION** |

Defendant has noticed for hearing a motion to strike Plaintiffs' second and third amended complaints.  The matter was scheduled for hearing to be held on July 23, 2007.   Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than July 9, 2007.  Plaintiffs failed to do so.

Due to Plaintiffs' failure to file a timely opposition, they are in violation of the Local Rules and not entitled to be heard at oral argument in opposition to the motion.  <u>See</u> 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  <u>See</u>  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 23, 2007,  is VACATED, and no party shall appear at that time.  As of July 23, 2007,  the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   __July 13, 2007__**                **_____/s/ Anthony W. Ishii_____**
                                      UNITED STATES DISTRICT JUDGE