IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BOOTH and<br>LOUISE Q. BOOTH,<br><br>           Plaintiffs,<br><br>     v.<br><br>UNITED STATES,<br><br>           Defendant. | 1: 07-CV-0486 AWI NEW (WMW)<br><br>ORDER REGARDING MOTION<br>TO CONTINUE AND REQUEST<br>TO EXTEND TIME TO FILE AN<br>OPPOSITION<br><br>(Documents #16 & #19) |

    Defendant noticed for hearing to be held on July 23, 2007, a motion to strike Plaintiffs' second and third amended complaints.   When Plaintiff did not file a timely opposition, on July 13, 2007, the court signed an order taking the motion under submission and vacated the July 23, 2007 hearing date.   This order was docketed and served by the Clerk of the Court on July 16, 2007.

    On July 16, 2007, Defendant filed a motion to continue the hearing on Defendant's motion to strike to August 27, 2007.   Defendant states that Defendant's attorney and Plaintiffs agreed to this continence, but a joint stipulation was never signed by all parties.   Also on July 16, 2007, Plaintiffs filed a request for more time in which to file an opposition.   Plaintiffs also state that they agreed with Defendants' attorney to change the hearing date, although Plaintiffs claim the agreed upon date for the hearing was August 23, 2007.

In the interests of justice, the court will grant the motions before it to allow all parties to fully brief the pending motion to strike. Because the undersigned hears civil motions at 1:30 p.m. on Mondays, and the date asked for by Plaintiffs is a Thursday, the hearing will be reset for Monday, August 27, 2007, at 1:30 p.m. The court does note that Plaintiffs have filed an opposition to Defendant's motion to strike. Plaintiffs will be given the opportunity to file a supplement opposition if they desire.

Accordingly, the court orders that:

1. Defendant's motion to continue the hearing on Defendant's motion to strike the second and third complaints is GRANTED;
2. Plaintiffs' motion to extend the time to file an opposition is GRANTED;
3. The hearing on Defendant's motion to strike is re-set for August 27, 2007;
4. Plaintiffs may file any supplemental opposition by 4:00 p.m. on August 13, 2007;
5. Defendant may file an reply brief by 4:00 p.m. on August 20, 2007.

IT IS SO ORDERED.

**Dated:   July 17, 2007**                      /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE