IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN BOOTH, et al., | ) | CIV F 07-486  AWI WMW |
| | ) | |
| Plaintiffs, | ) | ORDER VACATING |
| v. | ) | HEARING DATE OF AUGUST |
| | ) | 27, 2007, AND TAKING |
| UNITED STATES, | ) | MATTER UNDER |
| | ) | SUBMISSION |
| Defendant. | ) | |
| | ) | |

    Defendant United States noticed for hearing and decision a motion to strike Plaintiffs's second and third amended complaints.  The matter was scheduled for hearing to be held on August 27, 2007.  Pursuant to Local Rule 78-230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 27, 2007, is VACATED, and the parties shall not appear at that time.  As of August 27, 2007, the Court will take the matter under submission and will thereafter issues its decision.

IT IS SO ORDERED.

Dated:   **August 21, 2007**              /s/ Anthony W. Ishii
                                                             UNITED STATES DISTRICT JUDGE